# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>CODY MICHAEL TARNER<br>DOB: xx/xx/xxxx<br><br>*Defendant(s)* | Case: 1:20−mj−00137<br>Assigned To : Robinson, Deborah A.<br>Assign. Date : 7/17/2020<br>Description: Complaint w/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  July 15, 2020  in the county of _____ in the _____ District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i)<br>18 U.S.C. § 1361 | did maliciously damage and destroy, or attempt to damage and destroy, by means of fire and explosive materials, vehicles and their contents, that is, a 2016 Ford Interceptor a 2017 Ford Expedition, and a 2012 Ford Econoline, property of the Supreme Court of the United States Police Department and the United States Federal Government used in and affecting interstate and foreign commerce; and did willfully injure or commit depredation on property of the United States causing damage in excess of $1,000. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

BRENT THORWARD, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  07/17/2020

_____
*Judge's signature*

City and state:  Washington, DC     DEBORAH A. ROBINSON, U.S. Magistrate Judge
*Printed name and title*